**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| ERASMO DUENAS MARCHANT, | : | Case No. 1:26-cv-287 |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | District Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| SHERIFF BUTLER COUNTY, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

Petitioner, Erasmo Duenas Marchant, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than April 7, 2026.

**IT IS SO ORDERED.**

March 25, 2026

KAREN L. LITKOVITZ
United States Magistrate Judge