# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ERASMO DUENAS MARCHANT, | : | Case No. 1:26-cv-287 |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | District Judge Matthew W. McFarland |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| SHERIFF BUTLER COUNTY, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 8).

Based on that joint proposal (Doc. 9), the Court now **SETS** the following schedule:

- Respondent's Return of Writ Due:     April 24, 2026

- Petitioner's Reply to Return Due:     May 1, 2026

Additionally, any response to Respondent Butler County Sheriff's Motion to Dismiss

(Doc. 6) is also due on or by May 1, 2026.

**IT IS SO ORDERED.**


March 26, 2026

KAREN L. LITKOVITZ
United States Magistrate Judge